**People of the State of Illinois, Defendant in Error, v. Daniel Rizzo, Plaintiff in Error.**

Gen. No. 48,796.

First District, First Division.

January 28, 1963.

Rehearing denied February 15, 1963.

Daniel P. Ward, of Chicago (Edward J. Hladis and William L. Carlin, of counsel), for defendant in error; Myer H. Gladstone, of Chicago, for plaintiff in error. Opinion by MR. JUSTICE MURPHY. **Not to be published in full.**